467 A.2d 42

Commonwealth v. Demetrius, III, Appellant.
Petition for Allowance of Appeal
Granted Dec. 30, 1983.

---

* DiSalle, J., did not participate in the consideration or decision of this case.

Argued September 16, 1981. Jeffrey A. Mahle, for appellant; Ronald T. Williamson, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CAVANAUGH, DiSALLE* and WATKINS, JJ.

Judgment of sentence affirmed.